# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| ERIC DEWAYNE SCOTT, ) | |
| ) | Case No. 4:19-cv-59 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| TIFFANY HILL and ASHLEY ) | |
| CHAMBERS, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** in the accompanying memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT